UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CHARLES YOUNG,
Institutional ID No. 131198

             Plaintiff,

v.

KELLY ROWE, *et al.*,

             Defendants.

No. 5:23-CV-00190-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated October 13, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge